

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of Z.F., a child,

No. 11-25-00187-CV

\* From the 326th District Court
of Taylor County,
Trial Court No. 11527-CX.

\* December 18, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court insofar as it terminated Appellant's parental rights, and we remand this cause to the trial court for further proceedings consistent with this opinion. Any proceedings on remand must be commenced within 180 days of this court's mandate.